IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

DESERAE DEER                                                                                          PLAINTIFF

VS.                                              CASE NO. 15-CV-4106

ANTHONY LAWRENCE,
Individually and in His Official Capacity,
and ARKANSAS DEPARTMENT
OF COMMUNITY CORRECTION                                                          DEFENDANTS

## ORDER

Before the Court is Plaintiff's Motion to Dismiss Without Prejudice. (ECF No. 10). Plaintiff seeks to dismiss her Complaint (ECF No. 1) and re-file the same in the courts of the State of Arkansas. No opposition to the motion has been filed, and the time to do so has passed. Pursuant to Federal Rule of Civil Procedure 41, the Court finds that Plaintiff's motion should and hereby is **GRANTED**. Plaintiff's Complaint is hereby **DISMISSED WITHOUT PREJUDICE**.

IT IS SO ORDERED, this 18th day of February, 2016.

                                                                     /s/ Susan O. Hickey
                                                                     Susan O. Hickey
                                                                     United States District Judge